STATE v. DUNN

No. 606P02

Case below: 154 N.C. App. 1

Petition by Attorney General for writ of supersedeas denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Temporary stay dissolved 27 February 2003.

STATE v. GAY

No. 436P02

Case below: 151 N.C. App. 530

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. GRAHAM

No. 141P02

Case below: 149 N.C. App. 215

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. HOLLAND

No. 354P02

Case below: 150 N.C. App. 457

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 February 2003.

STATE v. HORNSBY

No. 515P02

Case below: 152 N.C. App. 358

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.